IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

SEP 2 0 2011

CLERK, U.S. DISTRICT COURT
by_____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:11-CR-232-L |
| | ) | |
| ROBERT GONZALES | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Robert Gonzales, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5ᵗʰ Cir.

1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and

entered a plea of guilty to Count(s) 1 of the Information on September 20, 2011. After cautioning and

examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined

that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by

an independent basis in fact containing each of the essential elements of such offense. I therefore

recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and have

sentence imposed accordingly.

Date: September 20, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).